THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Walter Martez
 Thomas, Appellant.
 
 
 

Appeal From Richland County
 James W. Johnson, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-138
Submitted March 3, 2008  Filed March 4,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Walter Thomas appeals his guilty plea to two counts of
 armed robbery, arguing his guilty plea failed to conform with the mandates set
 forth in Boykin v. Alabama, 395 U.S. 238 (1969).  Specifically, Thomas
 maintains the trial court abused its discretion by failing to adequately advise
 him of his constitutional rights.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Thomas appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
ANDERSON, SHORT, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.